CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2025 OCT 16 A 8:57

RECEIVED

Fill in this information to identify the case:

United States Bankruptcy Court for the

EASTERN District of NEW YORK (State)

Case number (if known) ____________ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name** ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE

2. **All other names debtor used in the last 8 years**
Include any assumed names, trade names, and doing business as names

3. **Debtor's federal Employer Identification Number (EIN)** 98 - 6145747

4. **Debtor's address**

Principal place of business

c/o 654 MACON STREET
Number Street

Brooklyn, New York [11233]
City State ZIP Code

AKE ~~Munsee Lenape~~ KINGS
County

Mailing address, if different from principal place of business

Number Street

P.O. Box

City State ZIP Code

Location of principal assets, if different from principal place of business

Number Street

City State ZIP Code

5. **Debtor's website (URL)** ANTHONYWINSTONHALL.COM

**6. Type of debtor**

- ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☒ Other. Specify: ESTATE

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

9999

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes District ________ When ________ (MM / DD / YYYY) Case number ________
  District ________ When ________ (MM / DD / YYYY) Case number ________

Debtor ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE Case number (if known) ______

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor ______ Relationship ______

District ______ When ______ MM / DD / YYYY

Case number, if known ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other FORECLOSURE

**Where is the property?** 654 MACON STREET BROOKLYN NY 11233

Number Street

783 AUTUMN AVE BROOKLYN NY 11208

City State ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE
Name

Case number (if known) ______

15. **Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☒ More than $50 billion

16. **Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 16 2025
MM / DD / YYYY

✘ ______
Signature of authorized representative of debtor

Jabari Kofi El
Printed name

Title FIDUCIARY

18. **Signature of attorney**

✘ ______
Signature of attorney for debtor

Date ______
MM / DD / YYYY

______
Printed name

______
Firm name

______
Number Street

______
City State ZIP Code

______
Contact phone

______
Email address

______
Bar number State

Fill in this information to identify the case and this filing:

Debtor Name ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE

United States Bankruptcy Court for the: EASTERN District of NY (State)

Case number (If known): ____________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [x] *Schedule H: Codebtors* (Official Form 206H)
- [x] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* ____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [x] Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 16 2025
MM / DD / YYYY

✘ [signature]
Signature of individual signing on behalf of debtor

Jabari Kofi El
Printed name

Fiduciary
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE

United States Bankruptcy Court for the: EASTERN District of NEW YORK (State)

Case number (If known) ______

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☒ No. Go to Part 2.

☐ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

2. Cash on hand — $ 0.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | CHARLES SCHWAB | TRUST | 7541 | $ 1,000.00 |
| 3.2. | FOUR LEAF | CHECKING | | $ 300.00 |

4. Other cash equivalents *(Identify all)*

4.1. ______ $______

4.2. ______ $______

5. Total of Part 1 — $ 1,300.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

7. Deposits, including security deposits and utility deposits

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | NYC WATER BOARD DEP ACCT # 8000289733001 | $ 30,000.00 |
| 7.2. | NYC WATER BOARD DEP ACCT# 8000349022001 | $ 20,000.00 |

Debtor ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE
Name
Case number (if known)

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8.1. INTERNAL REVENUE SERVICE IMF FILE 2014, 2015, 2016 — $ unknown

8.2. certificate no. 133201506160513038, 13320160513038, 13320151008002 — $ unknown

9. Total of Part 2.
Add lines 7 through 8. Copy the total to line 81. $

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

☒ No. Go to Part 4

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. Accounts receivable

11a. 90 days old or less: ____ face amount – ____ doubtful or uncollectible accounts = → $

11b. Over 90 days old: ____ face amount – ____ doubtful or uncollectible accounts = → $

12. Total of Part 3
Current value on lines 11a + 11b = line 12. Copy the total to line 82. $

## Part 4: Investments

13. Does the debtor own any investments?

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. Mutual funds or publicly traded stocks not included in Part 1 | | |
| Name of fund or stock: | | |
| 14.1 | | $ |
| 14.2 | | $ |
| 15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture | | |
| Name of entity: % of ownership: | | |
| 15.1 ____ % | | $ |
| 15.2 ____ % | | $ |
| 16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1 | | |
| Describe: | | |
| 16.1. SOCIAL SECURITY ADMINISTRATION NUMIDENT CERTIFICATE 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 | | $ unknown |
| 16.2. see attachment -GSA BONDS | | $ unknown |
| 16.3. | | |

17. Total of Part 4
Add lines 14 through 16. Copy the total to line 83. $

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

16.3 Registered Government Services Administration Bonds form SF28, SF273, SF274, SF275 Backed by Full Faith and Credit of United States by Certificate of Birth 156-71-202009 Deposit amount $40,000,000.00

16.4 Registered Government Services Administration Bonds form SF28, SF273, SF274, SF275 Backed by Full Faith and Credit of United States by Certificate of Birth 156-71-202009 Deposit amount $40,000,000.00

16.5 Registered Government Services Administration Bonds form SF28, SF273, SF274, SF275 Backed by Full Faith and Credit of United States by Certificate of Birth 156-71-202009 Deposit amount $30,000,000.00

16.6 Registered Government Services Administration Bonds form SF28, SF273, SF274, SF275 Backed by Full Faith and Credit of United States by Certificate of Birth 156-71-202009 Deposit amount $30,000,000.00

16.7 Registered Government Services Administration Bonds form SF28, SF273, SF274, SF275 Backed by Full Faith and Credit of United States by Certificate of Birth 156-71-202009 Deposit amount $20,000,000.00

16.8 Registered Government Services Administration Bonds form SF28, SF273, SF274, SF275 Backed by Full Faith and Credit of United States by Certificate of Birth 156-71-202009 Deposit amount $20,000,000.00

16.9 Registered Government Services Administration Bonds form SF28, SF273, SF274, SF275 Backed by Full Faith and Credit of United States by Certificate of Birth 156-71-202009 Deposit amount $10,000,000.00

16.10 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0242403307 LETTER NUMBER: LTR0147C

16.11 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0733627716 LETTER NUMBER: LTR0086C

16.12 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0444213467 LETTER NUMBER: LTR0147C

16.13 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0136109938 LETTER NUMBER: LTR0105C

16.14 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 1481055555 LETTER NUMBER: LTR6042C

16.15 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0243436485 LETTER NUMBER: LTR0147C

16.16 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0546693522 LETTER NUMBER: LTR0086C

16.17 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0967210193 LETTER NUMBER: LTR0147C

16.18 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0350807246 LETTER NUMBER: LTR0086C

16.19 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0966497480 LETTER NUMBER: LTR0086C

16.20 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 1486900000 LETTER NUMBER: LTR3175C

16.21 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0438674513 LETTER NUMBER: LTR0096C

16.22 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 0556766666 LETTER NUMBER: LTR0167C

16.23 INTERNAL REVENUE SERVICE PAYMENT VOUCHER(s)
BODCD 1000144075 LETTER NUMBER: LTR3176C

ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE
C/o ANTHONY WINSTON HALL
C/o 654 MACON STREET
BROOKLYN NEW YORK REPUPLIC
ZIP EXEMPT NEAR [11233]
awhall25@gmail.com
Phone: (347) 362-3731

**LETTER OF INTENT AND INSTRUCTION**

OCTOBER 16, 2025

**US BANKRUPTCY COURT EASTERN DISTRICT**
**271-C CADMAN PLAZA E # 1595**
**BROOKLYN NY 11201**

To Whom It May Concern,

I send this correspondence in good faith. I request upon your receipt and acceptance of this letter accompanied with supporting documents that an agent from your office will confirm receipt by updating the financial records to reflect a tax credit action. The intent is to use the supporting documents for presentation to US BANKRUPTCY COURT EASTERN DISTRICT for discharge, extinguish, and settlement for full accord and satisfaction of matters pertaining to this bankruptcy case. If by any chance there are errors or missing information you have my consent to edit or correct anything that may hinder you processing of my request. The remainder after all obligations have been satisfied are to be credited to the account which can be used to settle any other past, current or future obligations. I thank you for your time and patience. We can be contacted by the above address and number.

Included in documents are as followed:

-
- PAYMENT VOUCHER 0350807246, LETTER NO: LTR0086C
-
-
-

I thank you in advance for time and attention to this matter and pray for relief.

ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE
C/o ANTHONY WINSTON HALL
By: [signature]
/s/ Jabari Kofi El
Without recourse
CAF# 03149756R

IRS Department of the Treasury
Internal Revenue Service
IRS, STOP 6525
KANSAS CITY MO 64999-002

000823.435773.100200.770 1 MB 0.485 860

ANTHONY W HALL
PO BOX 78
NEW YORK NY 10272-0078

000823

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

The IRS address must appear in the window. 0350807246

BODCD-

Use for inquiries only

Letter Number: LTR0086C
Letter Date : 2022-05-16
Tax Period : 201512

*118625575*

ANTHONY W HALL
PO BOX 78
NEW YORK NY 10272-0078

INTERNAL REVENUE SERVICE
IRS, STOP 6525
KANSAS CITY MO 64999-002

118625575 UQ HALL 30 0 201512 670 00000000000

The IRS address must appear in the window. 0350807246

BODCD-

Use for payments

Letter Number: LTR0086C
Letter Date : 2022-05-16
Tax Period : 201512

*118625575*

ANTHONY W HALL
PO BOX 78
NEW YORK NY 10272-0078

INTERNAL REVENUE SERVICE
5
KANSAS CITY MO 64999-0150

118625575 UQ HALL 30 0 201512 670 00000000000

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☒ No. Go to Part 6

☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| | ______________ | MM / DD / YYYY | $________ | ________ | $________ |
| 20. | Work in progress | | | | |
| | ______________ | MM / DD / YYYY | $________ | ________ | $________ |
| 21. | Finished goods, including goods held for resale | | | | |
| | ______________ | MM / DD / YYYY | $________ | ________ | $________ |
| 22. | Other inventory or supplies | | | | |
| | ______________ | MM / DD / YYYY | $________ | ________ | $________ |

23. Total of Part 5
Add lines 19 through 22. Copy the total to line 84. $________

24. Is any of the property listed in Part 5 perishable?

☐ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes. Book value ________ Valuation method________ Current value________

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | Crops—either planted or harvested | | | |
| | ______________ | $________ | ________ | $________ |
| 29. | Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| | ______________ | $________ | ________ | $________ |
| 30. | Farm machinery and equipment (Other than titled motor vehicles) | | | |
| | ______________ | $________ | ________ | $________ |
| 31. | Farm and fishing supplies, chemicals, and feed | | | |
| | ______________ | $________ | ________ | $________ |
| 32. | Other farming and fishing-related property not already listed in Part 6 | | | |
| | ______________ | $________ | ________ | $________ |

33. **Total of Part 6.** $________
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value $________ Valuation method ________ Current value $________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☒ No. Go to Part 8.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| ________ | $________ | ________ | $________ |
| 40. **Office fixtures** | | | |
| ________ | $________ | ________ | $________ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| ________ | $________ | ________ | $________ |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1________ | $________ | ________ | $________ |
| 42.2________ | $________ | ________ | $________ |
| 42.3________ | $________ | ________ | $________ |

43. **Total of Part 7.** $________
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE Case number (if known) ______
Name

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

- [x] No. Go to Part 9.
- [ ] Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 ______ | $______ | ______ | $______ |
| 47.2 ______ | $______ | ______ | $______ |
| 47.3 ______ | $______ | ______ | $______ |
| 47.4 ______ | $______ | ______ | $______ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 ______ | $______ | ______ | $______ |
| 48.2 ______ | $______ | ______ | $______ |
| **49. Aircraft and accessories** | | | |
| 49.1 ______ | $______ | ______ | $______ |
| 49.2 ______ | $______ | ______ | $______ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| ______ | $______ | ______ | $______ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $______

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- [ ] No
- [ ] Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- [ ] No
- [ ] Yes

Debtor ANTHONY WINSTON HALL LIVING BANKRUPTCY ESTATE
Name
Case number (if known) ______________________

## Part 9: Real property

54. Does the debtor own or lease any real property?
- ☐ No. Go to Part 10.
- ☒ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 497 MAPLE STREET, BROOKLYN NY 11225 | Equitable | $ N/A | Appraisal | $ 1,459,000.00 |
| 55.2 | 652 MACON STREET BROOKLYN NY 11233 | Equitable | $ N/A | Appraisal | $ 2,400,000.00 |
| 55.3 | 242 FOWLER AVE JERSEY CITY NJ 07305 | Equitable | $ N/A | Appraisal | $ 613,000.00 |
| 55.4 | 521 Clinton Ave Albany New York 12226 | Equitable | $ N/A | Appraisal | $ 100,000.00 |
| 55.5 | PENNSYLVANIA see attached | Equitable | $ N/A | Appraisal | $ 112,500.00 |
| 55.6 | LETTER PATENT | Equitable | $ N/A | | $ unknown |

56. Total of Part 9. $ 4,684,500.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
- ☒ No
- ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
- ☒ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
- ☐ No. Go to Part 11.
- ☒ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>COPY RIGHT 00077589-1/ TRADE MARK SER. NO. 90-305,404 | $ | see attachment | $ 250,000.00 |
| 61. | Internet domain names and websites<br>ANTHONYWINSTONHALL.COM | $ | see attachment | $ unknown |
| 62. | Licenses, franchises, and royalties<br>NEW YORK 633615880/ DELAWARE DRIVING LICENSES | $ | see attachment | $ unknown |
| 63. | Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. | Other intangibles, or intellectual property<br>DOCUMENTS OF TITLE FOR ANTHONY WINSTON HALL | $ | see attachment | $ unknown |
| 65. | Goodwill | $ | | $ |

66. Total of Part 10. $ 250,000.00
Add lines 60 through 65. Copy the total to line 89.

## Part 9
## Real Property

54. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| West Creek View Drive, C-49<br>Township of Clifton 18424<br>County of Lackawanna<br>State of Pennsylvania<br>Map No. 23304 020 011 | EQUITABLE | N/A | APPRASIL | $500.00 |
| 1 Oakwood Place<br>City of Scranton 18510<br>County of Lackawanna<br>State of Pennsylvania<br>Map No. 157. 10-010-013 | EQUITABLE | N/A | APPRASIL | $49,000.00 |
| 1127 Blair Ave<br>City of Scranton<br>County of Lackawanna 18508<br>Commonwealth of Pennsylvania<br>Map No. 134.20-030-041 | EQUITABLE | N/A | APPRASIL | $4,000.00 |
| 913 Green Ridge Street<br>City of Scranton 18509<br>County of Lackawanna<br>State of Pennsylvania<br>Map No. 13517-060-015 | EQUITABLE | N/A | APPRASIL | $59,000.00 |

## Part 10 Intangibles and Intellectual Property

| | General Description | Net book value of debtor's interest | Valuation Method used for current value | Current Value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, Copyrights, Trademarks, and Trade Secrets | | | |
| | Letters Patent Certification: NYS Archives Record Series 12943, Liber 1, pages 109-118 | | | |
| | Received 10-6-2021 | | | UNKNOWN |
| | Copyrights: 00077589-1 | | | UNKNOWN |
| | Received 11-26-2022 | | | |
| | Trademark: Ser. No. 90-305,404 | | | $250,000.00 |
| | Filed 11-08-2020 | | | |
| 61. | Internet Domain Names and Website | | | |
| | ANTHONYWINSTONHALL.COM | | | UNKNOWN |
| 62. | Licenses, franchises, and royalties | | | |
| | NYS DRVERS LICENSE 633615880 | | | UNKNOWN |
| | DELAWARE DRIVERS LICENSE 2117918 | | | UNKNOWN |
| 63. | Customers lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| | DOCUMENTS OF TITLE/License | | | |
| | Department of State | | | |
| | 1)14047223-2 | | | UNKNOWN |
| | 2) 16055361-1 | | | UNKNOWN |
| | 3) 17025782-2 | | | UNKNOWN |
| | 4) 17025782-5 | | | UNKNOWN |
| | 5) 17025782-6 | | | UNKNOWN |
| | 6) 17025782-7 | | | UNKNOWN |
| | 7) 17025782-8 | | | UNKNOWN |
| | 8) 17025782-9 | | | UNKNOWN |
| | 9) 17025782-10 | | | UNKNOWN |
| | 10) 17025782-11 | | | UNKNOWN |
| 65. | Goodwill | | | |
| 66. | Total of Part 10<br>Add lines 60 through 65. Copy the total to line 89 | | | $250,000.00? |

**For presentation to the United States Treasury, for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted by:**
**Anthony-Winston: Hall**

17025782-6

# United States of America

## DEPARTMENT OF STATE

***To all to whom these presents shall come, Greetings:***

I Certify That the document hereunto annexed is under the Seal of the State(s) of New York, and that such Seal(s) is/are entitled to full faith and credit.*

**For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

LICENSING
JAN 17 2025
SERVICES

In testimony whereof, I, Rex W. Tillerson, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-ninth day of March, 2017.

Rex W Tillerson
Secretary of State

By C B M Daley
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

## COPY DECLARATION BY DOCUMENT CUSTODIAN

Date: 5/23/2022

I, Anthony Winston Hall, hereby declare that the attached reproduction of Certificate of Birth is a copy of the original document in my possession or control.

**DETAILS OF ORIGINAL DOCUMENT(S)**

Birth No. [redacted]009
Document Number(s)

February 17, 2017
Date(s) issued

The City of New York
Issued by

8
Pages attached (excluding any Apostille or Authentications)

[signature]
Signature of Custodian of Original Document

===============================================================

State of New York )
)ss
County of [handwritten] )

**Subscribed and sworn to (or affirmed) before me** on this 23 day of 5, 2022

by Anthony Winston Hall, personally known to (or proved to me on the basis of satisfactory evidence to be) the person who appeared before me, and thereby executed same.

[signature]
Signature of Notary Public

MOSES GANTZ
Notary Public, State of New York
No. 01GA6320[illegible]
Qualified in Kings County
Commission Expires March 16, 2023

# Affidavit of Truth

I, Anthony Winston Hall, in the capacity of ANTHONY WINSTON HALL am recorded as the Grantee of the Authenticated CERTIFICATE OF BIRTH [redacted]09 of NEW YORK STATE for the Certificate described on the attachment enclosed. The mothers name is Brenda Rosita Hall age 23 from Barbados West Indies residing at 2160 Clinton Avenue Bronx New York who filed a Certificate of Birth for ANTHONY WINSTON HALL on [redacted] at 10:30 am. The doctor who signed the Certificate was Irving B Blumenfeld MD and Steven P. Schwartz PH. D was the City Register. Also include are the acknowledgement of Pranshanta O' Neal of the NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE COMMISIONER MARY T. BASSETT MD, MPH

The enclosed Certificate also has attached the United States of America DEPARTMENT OF STATE SEAL 17025782-7 sign by Secretary of State Rex W Tillerson on March 29th 2017. The other attachment to the Enclosed Certificate is the United States of America State of New York State Department of State Seal 752663 signed by Special Deputy Secretary of State Whitney A Clark on March 10th 2017

The enclosed Certificate also has a New York Notary seal from Christopher F Steele No. 01ST6011756 on my Certificate of Acknowledgement and Acceptance and an authentication of notary from the STATE OF NEW YORK COUNTY OF KINGS COUNTY CLERKS OFFICE March 9th 2017 signed by KINGS COUNTY CLERK Nancy T. Sunshine.

By: [signature]

**By: Anthony Winston Hall**

**Without recourse**